**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Isaiah BRYANT, IV, Defendant—
Appellant.**

**No. 04–7157.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 14, 2004.

Decided Oct. 22, 2004.

Isaiah Bryant, IV, Appellant pro se. Laura P. Tayman, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Isaiah Bryant, IV, appeals the district court's order denying his "Motion for Review and Clarification of the Government's Refusal to Make a Motion for Downward Departure." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Bryant,* No. CR–01–236 (E.D.Va. May 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*